```
                    FILED
            CLERK, U.S. DISTRICT COURT

                  12/13/2021

           CENTRAL DISTRICT OF CALIFORNIA
           BY: D. Brown  DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 5:20-MJ-00701-DUTY |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. | ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| RICKY RICARDO SIMMONS, | ) | |
| Defendant. | ) | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>SOUTHERN</u> District of <u>CALIFORNIA</u> for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (×)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (×)    information in the Pretrial Services Report and Recommendation

    (×)    information in the violation petition and report(s)

    ( )    the defendant's nonobjection to detention at this time

    (×)    other: <u>Allegations in petitions; Substance abuse; Mental Health issues</u>

and/ or

B. (×) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(×) information in the Pretrial Services Report and Recommendation

(×) information in the violation petition and report(s)

( ) the defendant's nonobjection to detention at this time

(×) other: <u>Allegations in petitions; Criminal History; Substance abuse; Mental health issues</u>

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: December 13, 2021

_____
KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE